UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

No. 99-6309

————————————

RICHARD JOHNSON, JR.,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director, Department of
Corrections,

Respondent - Appellee.

————————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  David G. Lowe, Magistrate Judge.
(CA-98-756-3)

————————————

Submitted:  June 17, 1999          Decided:  June 24, 1999

————————————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Richard Johnson, Jr., Appellant Pro Se.  Richard Bain Smith, Assis-
tant Attorney General, Richmond, Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Johnson, Jr., seeks to appeal the magistrate judge's[*] order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny Johnson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. See Johnson v. Angelone, No. CA-98-756-3 (E.D. Va. Feb. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (1994).